# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARROLL J. AUCOIN, JR.,
TONIE A. AUCOIN AND AUCOIN
HOMESTEAD, L.L.C.

VERSUS

BAYOU LAFOURCHE FRESH WATER
DISTRICT, LOUISIANA COASTAL
PROTECTION AND RESTORATION
AUTHORITY, CH2M HILL, INC.
AND F. MILLER CONSTRUCTION,
LLC

NO.   2024 CW 0774

OCTOBER 7, 2024

---

In Re:     Louisiana Coastal Protection and Restoration Authority,
           applying for supervisory writs, 23rd Judicial District
           Court, Parish of Assumption, No. 33837.

---

BEFORE:   **WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

                         EW
                         SMM
                         HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT